AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**SHERMAN SMALLWOOD,**

       **Plaintiff,**

                          **JUDGMENT IN A CIVIL CASE**

**v.**

**TERRY COLLINS, et al.,**         **CASE NO. C2-08-679**
                                          **JUDGE EDMUND A. SARGUS, JR.**
       **Defendants.**        **MAGISTRATE JUDGE NORAH MCCANN KING**

\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the OPINION AND ORDER filed September 8, 2010, JUDGMENT is hereby entered DISMISSING this action.**

Date: September 8, 2010                       JAMES BONINI, CLERK

                                                             */S/ Andy F. Quisumbing*
                                                             (By) Andy F. Quisumbing
                                                             Courtroom Deputy Clerk